```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                                                       Case No. 25-cv-107-JL-TSM

Melissa Countway, et. al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 14, 2025.

                                                                      /s/ Joseph N. Laplante  
                                                                       Joseph N. Laplante  
                                                                       United States District Judge

Date: April 30, 2025

cc: Josephine Amatucci, pro se